IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARC JULIEN,<br><br>　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br><br>　　Movant,<br><br>　　　　V.<br><br>MARC JULIEN, and<br>JACK N ZAHAROPOULOS, Trustee,<br>　　Respondents. | Bankruptcy No. 5:20-bk-00544-MJC<br><br>Chapter 13<br><br>Doc. No. 47 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 47, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 11, 2023.

　　It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

　　　　　　　　　　　　　　　　　　Counsel for Toyota Motor Credit Corporation

Dated: September 12, 2023